FILED

Mary Louise James Agee
360 E. Gladstone St. #313
Azusa Ca. 91702

2022 FEB 22 PM 4:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

NOW30

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Mary Louise James Agee
    Plaintiff,

vs.

Fulton Books Inc
    Defendant(s)

Case No.: 2:22-CV-1205-MWF-Ex

I am 81 years old. I incorporated my business
Day Break Studies LLC hoping to Leave my family my
writings, my book, my charts, and any thing else I might
write to help and protect them in some way.
I have always loved my grandchildren and enjoyed
teaching them and seeing the Joy in their eyes
to discover New things.
I have found myself losing what I thought was my
gift to published my writings and share with others.
My publisher Fulton Book said my book would be
out January 2021. They were not interested in my
charts. I decided to do my charts myself. I
reorded a LLC with my grandsons help To open
a business account with Chase bank in West
covina, near my apartment. The young man that
helped me open my acount told me how important

DOCUMENT NAME (e.g., COMPLAINT FOR DAMAGES) - 1

It is to do my quarterly reports. Before I Left he once again told me to never not do my quarterly reports as he walked away from the Bank Building.

I Paid Fulton Books Inc. to publish my Book (Times Tables The key To Math) in 2019. I put down $645° and proceeded to pay $300 a month until They were paid in full.

I have been Told no books were Sold And I have not received Royalty for the books that were sold.

I have proof for some of the books that was Sold. The books were sold all over the world, They were to be my Publisher were paid to regreesent me.

They have use my copyright work, my Name, my money my Trade mark and even advetised my other work with no permission.

mary louise agee <thekey2math1st@gmail.com>

*Mary Louise James Agee*

**Manuscript submission link & some important details**

1 message

nary@fultonbooks.com <mary@fultonbooks.com>
To: thekey2math1st@gmail.com

Fri, Jul 12, 2019 at 2:08 PM

Dear Mary,

We recently spoke about your book, and you had expressed an interest in having it reviewed for possible publication and distribution. You can upload the electronic version directly to our secure encrypted server by either clicking on the link below or by emailing it to me as an attachment. If you prefer to mail in a physical copy of your manuscript, please mail it to:

Fulton Books
296 Chestnut St
Meadville, PA 16335

Click here to upload your manuscript.

Please understand that we are not able to work with all authors who submit books to us. We must review each and every book submitted to us to ensure that it is the type of work that we are willing to partner with and publish under our brand. If upon review your manuscript is selected and you choose to have us act as your publisher, we will immediately get to work performing the following:

Commence a full copy edit of the work.

Perform custom typesetting of the edited version.

Create a custom cover design based upon your instructions and wishes.

Transform the hard-copy edition into a digital ePub format and upload it for sale to Amazon, Apple and Barnes and Noble so that Kindle, Nook, iPad and iPhone users can instantly purchase e-reader editions

Obtain ISBN registrations for both the hard-copy and digital versions of your book

List the print edition for sale in the Ingram catalogue so that it is available at bookstores

Create a web page for you and your book on the Fulton Books web site

Create a personalized press release about you and your book, and distribute that release to a targeted list of hundreds of media outlets

Create a 30 second promotional video trailer for your book, and post it to our YouTube channel as well as provide it to you for use in social media campaigns

Display a physical copy of your book at a major book expo to maximize your title's publicity.

Create and air a 3 minute radio interview on a nationally syndicated radio talk show.

Congratulations again on completing your manuscript. I wish you the best of luck with the review process.

Kind Regards,

Mary Woodall
Literary Development Agent
(814) 547-5684
Fulton Books, Inc.
296 Chestnut St
Meadville, PA 16335
www.fultonbooks.com

 FULTON

296 Chestnut St.
Meadville, PA 16335
877-210-0816
www.fultonbooks.com

Mary James
2035 Sunrise Lnb
San Bernardino, CA 92404

Fulton Books, Inc. ("Publisher") is engaged in the business of providing services and products to authors (hereinafter "Authors") seeking to publish, promote, and sell their manuscripts ("Works"). Author hereby desires to utilize Publisher as a provider of certain services (the "Services") subject to the below terms and conditions (the "Terms and Conditions").

Title: Day Break Studies

Agreement includes the below services
 - Author retains all rights
 - Custom interior page design in B&W or color
 - Custom "About the Author" section on inside back cover with author-supplied photo
 - Custom designed full-color front and back cover
 - Electronic galley proof
 - Full author approval and control over each stage
 - Hardcopy ISBN assignment
 - Digital ISBN assignment
 - Barcode imprint on back cover
 - Dedicated Publishing Representative
 - Expedited publication date
 - Real-time tracking of production via online portal
 - Full timeline itinerary
 - International paperback retail distribution through Ingram Content Network
 - ePub conversion
 - Amazon Kindle edition
 - Apple iTunes edition
 - Barnes & Noble Nook edition
 - Google Play edition
 - Ten paperback copies
 - Author Discount Program
 - Online royalty reporting
 - Quarterly royalty reporting
 - Bookstore return program

- Web page on Fultonbooks.com
- Press Release Campaign distribution
- Radio Interview, pre-recorded and broadcast live - 3 minutes in length
- Display of the hard-copy edition of the book at a major book fair/exposition
- Video Trailer including music- 30 second length
  Image placement includes: 16 images

- A complete copy-edit of the work (6000 words)
*Transcription required


In exchange for Publisher providing the above-written services, Author agrees to remit to Fulton Books, Inc. an initial sum of $645 upon execution of this agreement, and ten (10) additional consecutive monthly installments of $299 commencing after the execution of this agreement.

Terms & Conditions

Author will retain all rights to the Work and Author shall be the owner of all materials prepared by Publisher on Author's behalf.  Author shall have the right to request and receive from Publisher at any time, any and all materials that may be prepared by Publisher on Author's behalf, including but not limited to page designs, cover designs, illustrations, ePub files, press releases, and the like at no expense to Author.

Author will have final approval with respect to suggested editing changes made by our copy editors. Author will also have the final approval over any cover designs, illustrations or press releases Publisher may prepare on Author's behalf.  Any requested changes to the edit, page design, cover design, illustrations or press release after Author approves the same will incur an extra charge.

Publisher will determine the final retail price and size of the Work with material input from Author. All Works must be supplied from Author in a format acceptable to Publisher, and all author-supplied images and/or illustrations must be in a high-resolution digital format.

Author agrees to allow Publisher to send complimentary review copies of the Work to members of the media and potential book reviewers at the publisher's discretion and cost. Publisher makes no guarantees or promises as to the amount of book sales which may result from the Services.

Publisher will obtain an ISBN (International Standard Book Number) and corresponding barcode for the hard-copy version of the Work as well as an ISBN for the digital versions. The ISBNs will list Author as the original owner and author of the Work, and Fulton Books, Inc. as the authorized publisher.

Author Discount Program: Author may purchase an unlimited number of additional wholesale copies of the hard-copy editions of the Work for private sale by Author, directly from Publisher at a discount of 50% of the retail price plus shipping charges.

Book Fair/Expo: Author\'s hard-copy edition will be displayed at one of the major book fairs/expositions in which Publisher participates. To ensure timely registration and receipt of the hard-copy edition of the book at the respective fair/expo, a minimum of 120 days will be needed between the date Author approves the hard-copy edition for full retail distribution and the next available fair/expo in which Publisher is participating.

If an upcoming fair/expo is less than 120 days from the date Author approves the hard-copy edition for full retail distribution, Author\'s book will be displayed at the next scheduled show in which Publisher is participating. Publisher may utilize a third-party affiliate or designee to transport to and display books at respective fairs/expos. Publisher will supply and ship, at Publisher\'s sole expense, the required hard-copy edition of the book for display. Publisher currently participates in two major fairs/expos each year.

Bookstore Return Program: All books distributed by Publisher to retail outlets though Ingram are completely returnable at Publisher's expense. Books purchased through the Author Discount Program are not returnable, and no royalties are earned on copies purchased by Author under the Author Discount Program or on returned books.

Author Dashboard: Author will be given secure access to our servers so that Author may evaluate in real-time all project work flow materials (press releases, page designs, edits, cover designs) and approve, reject or modify these materials electronically. If Author does not wish to utilize this online system and instead requests that all materials be mailed via first class mail, a shipping and handling charge of $150 will be required in addition to the initial sum referenced above.

This Agreement shall remain in effect for two (2) years, after which time Author may renew this Agreement for additional two (2) year terms at Author's option.  During the term of this Publisher shall have the exclusive right to publish and disseminate the Work for sale world-wide. Upon expiration of this Agreement, Publisher immediately relinquishes all rights to publish the Work and to any further commissions as defined below, and all materials prepared by Publisher on Author's behalf (including but not limited to page designs, cover art, electronic files, publicity materials and the like) shall be immediately transferred to Author by Publisher at no cost.

Royalties: Publisher shall pay to Author the entire payments Publisher actually receives from sales of printed or digital copies of the Work, less any taxes, shipping charges and returns, less a forty-five (45) cent commission per unit to Publisher. Publisher shall not be entitled to any commissions until Author has recovered any sums invested thereby. Royalties will not be paid on copies provided free of charge to the media or purchased by Author under the Author Discount Program. Publisher may choose to remit payments to Author via check or via electronic transfer.

Any derivative works of Author's original Work (screenplays, motion picture/TV scripts, etc.) shall be the sole and exclusive property of Author.  Any royalties or monetary compensation resulting therefrom shall be the sole property of Author with Publisher having no claim thereto.

Quarterly accounting reports (March 31, June 30, September 30, December 31) will be provided to Author by Publisher, listing all sales that have transacted with each distribution outlet, and all net revenue generated therefrom as per each respective outlet's most recent terms and conditions. Payment of all moneys owed to Author shall be remitted directly to Author by Publisher within sixty (60) days of the issuance of said quarterly reports. In the event that quarterly payments owed to Author are less than $100, payment shall be made with the next quarterly report provided that the accrued royalty amount owed exceeds $100.

All royalty payments to Author will be subject to applicable tax requirements. Author will provide Publisher with any necessary information and documentation to comply with tax requirements including a completed Internal Revenue Service ("IRS") form W-9. If Author fail to provide Publisher with a completed form W-9, Publisher will have the right to withhold from royalties owed to Author any moneys required to be deducted

or withheld in compliance with the tax code or other governing laws.

Author hereby represents that he or she is the original and true author and owner of the Work, has not previously assigned these rights to any other parties and that the Work does not infringe upon any statutory or common law right of copyright, libel or privacy of any third party. Publisher reserves the right to refuse to provide and/or to discontinue all Services upon our discovery of any violation by Author of these Terms and Conditions. Author hereby agrees to defend, hold-harmless and indemnify Publisher against any and all claims of infringement or libel which may be brought against Publisher regarding Author's Work. In no event will Publisher be liable to Author or any other person for lost profits or revenues or incidental, consequential, special, and indirect or punitive damages.

Any dispute, controversy, or claim between Publisher and Author regarding this Agreement will be submitted to mandatory and binding arbitration under the terms of the rules of the American Arbitration Association as then in effect. All claims must be brought in the party's individual capacity and not as a class member in any purported class or representative proceeding. Arbitration proceedings shall be heard in Crawford County, PA by a single arbitrator serving at the mutual designation of the parties and each party shall be solely responsible for their own attorney's fees in connection with said arbitration. Any issue concerning the applicability, interpretation, or enforceability of these procedures, including any contention that all or parts of these procedures are invalid or unenforceable, will be governed by the Federal Arbitration Act. The arbitration and all aspects of the arbitration will be confidential. The arbitration award will be final and binding on the parties and may be entered in any court having jurisdiction. By providing written notice to Publisher, Author may cancel this agreement for any reason within three (3) days of Author's signature hereto.

_____

Mary James

Author

Dated: _____

_____

Fulton Book Representive

Dated: _____

v03.20

**FULTON BOOKS, INC.**
296 Chestnut St.
Meadville, PA 16335
877-210-0816
814-260-4170 facsimile
PAYMENT AUTHORIZATION FORM

In accordance with the attached Publishing Agreement    _____
(print name above)

hereby agrees to pay to Fulton Books, Inc., Inc. the initial sum of   $_____ U.S.D.

via        (please circle one)    Master Card   Visa    American Express      Discover

card number: _____

CID/CCV Code (4 digits on front of  American Express, 3 digits on rear of all other cards_____

Expiration date: _____

Cardholder's billing address: _____

Cardholder's signature: _____

Date: _____

12/20/2021

DAY BREAK STUDIES LLC

P.O. BOX3126

SAN BERNARDINO CALIFORNIA 92413

909-864-1234

MY HOME ADDRESS-360 E. GLADSTONE ST. #313

AZUSA CA. 91702


TO WHOM IT MAY CONCERN:

2019, I was looking for a publisher in order to publish my book and my 10 charts. I choose Fulton Books.
I had just paid my last car payment and was able to pay Fulton Books $300.00 monthly to pay their
charges in full. I was led to believe my book would be published January 2021.

I now believe my book was being sold in 2019. I received a letter from IRS. That I made $35,000.00 in
2019 and owed taxes. I faithfully paid Fulton Books $300.00 every month to represent me, and my book,
and to receive royalties when books were sold.

I have not received royalties for the sales of my book, no fees for using my book, my name, my copy
right writings, nor my TRAD MARK. The only royalties that I received from Fulton Books was after I wrote
BBB and told them I bought 5 books of my own book and was not given credit for even that.

The BBB sends your complaint to the company you are complaining about. This is when and only when
they sent me a royalty check of $9.87 for my buying my own books from them and the only sale.

I was told I may have been defrauded; I may have rights to my book. Fraud because they knew exactly
what game they were going to play and played on me in the very beginning in 2019.

Am writing to get an investigation in this matter believing I am not along this shady business manner.

Respectfully




Mary Louise James Agee

 **Gmail**

**mary louise agee <thekey2math1st@gmail.com>**

# Congratulations on the approval of your book for publication!

1 message

**mary@fultonbooks.com** <mary@fultonbooks.com>  Thu, Aug 8, 2019 at 9:53 AM
To: thekey2math1st@gmail.com

Dear Mary,

Congratulations on your book being accepted for publication! Please review the attached Publication & Distribution agreement I have attached in this email. It is a very straightforward agreement, written in plain-English. Simply put, it entails us being your publisher and handling all of the production work needed (editing, page layout, cover design, ISBN, eBook conversion, etc.) to get your book prepared for retail sale.

It also entails us handling all forms of distribution- both hard-copy (for sale in retail stores like Barnes & Noble and through Amazon) and ePub (for sale on Kindle, Nook, iPad/iPhone and other digital reader devices).

The agreement also explains how we will handle publicity for the book, namely through a press release campaign, production of a high-definition video trailer, a three-minute radio interview, and by displaying your book at the one of the world's largest book fairs.

Best of all is the fact that we are not entitled to our forty-five-cent royalty per book sold until you have first received enough sales royalties to offset any moneys you spent on the project with us.

Let's touch base in a few days so that I can clarify any questions you may have regarding the agreement. I thank you for allowing us to review your manuscript- you deserve to be extremely proud.

Kind Regards,

**FULTON BOOKS**

296 Chestnut St.
Meadville, PA 16335
877-210-0816
www.fultonbooks.com


Mary James
2035 Sunrise Lnb
San Bernardino, CA 92404

Fulton Books, Inc. ("Publisher") is engaged in the business of providing services and products to authors (hereinafter "Authors") seeking to publish, promote, and sell their manuscripts ("Works"). Author hereby desires to utilize Publisher as a provider of certain services (the "Services") subject to the below terms and conditions (the "Terms and Conditions").

Title: Day Break Studies

Agreement includes the below services

- Author retains all rights
- Custom interior page design in B&W or color
- Custom "About the Author" section on inside back cover with author-supplied photo
- Custom designed full-color front and back cover
- Electronic galley proof
- Full author approval and control over each stage
- Hardcopy ISBN assignment
- Digital ISBN assignment
- Barcode imprint on back cover
- Dedicated Publishing Representative
- Expedited publication date
- Real-time tracking of production via online portal
- Full timeline itinerary
- International paperback retail distribution through Ingram Content Network
- ePub conversion
- Amazon Kindle edition
- Apple iTunes edition
- Barnes & Noble Nook edition
- Google Play edition
- Ten paperback copies
- Author Discount Program
- Online royalty reporting
- Quarterly royalty reporting
- Bookstore return program

If an upcoming fair/expo is less than 120 days from the date Author approves the hard-copy edition for full retail distribution, Author\'s book will be displayed at the next scheduled show in which Publisher is participating. Publisher may utilize a third-party affiliate or designee to transport to and display books at respective fairs/expos. Publisher will supply and ship, at Publisher\'s sole expense, the required hard-copy edition of the book for display. Publisher currently participates in two major fairs/expos each year.

Bookstore Return Program: All books distributed by Publisher to retail outlets though Ingram are completely returnable at Publisher's expense. Books purchased through the Author Discount Program are not returnable, and no royalties are earned on copies purchased by Author under the Author Discount Program or on returned books.

Author Dashboard: Author will be given secure access to our servers so that Author may evaluate in real-time all project work flow materials (press releases, page designs, edits, cover designs) and approve, reject or modify these materials electronically. If Author does not wish to utilize this online system and instead requests that all materials be mailed via first class mail, a shipping and handling charge of $150 will be required in addition to the initial sum referenced above.

This Agreement shall remain in effect for two (2) years, after which time Author may renew this Agreement for additional two (2) year terms at Author's option.  During the term of this Publisher shall have the exclusive right to publish and disseminate the Work for sale world-wide. Upon expiration of this Agreement, Publisher immediately relinquishes all rights to publish the Work and to any further commissions as defined below, and all materials prepared by Publisher on Author's behalf (including but not limited to page designs, cover art, electronic files, publicity materials and the like) shall be immediately transferred to Author by Publisher at no cost.

Royalties: Publisher shall pay to Author the entire payments Publisher actually receives from sales of printed or digital copies of the Work, less any taxes, shipping charges and returns, less a forty-five (45) cent commission per unit to Publisher. Publisher shall not be entitled to any commissions until Author has recovered any sums invested thereby. Royalties will not be paid on copies provided free of charge to the media or purchased by Author under the Author Discount Program. Publisher may choose to remit payments to Author via check or via electronic transfer.

Any derivative works of Author's original Work (screenplays, motion picture/TV scripts, etc.) shall be the sole and exclusive property of Author.  Any royalties or monetary compensation resulting therefrom shall be the sole property of Author with Publisher having no claim thereto.

Quarterly accounting reports (March 31, June 30, September 30, December 31) will be provided to Author by Publisher, listing all sales that have transacted with each distribution outlet, and all net revenue generated therefrom as per each respective outlet's most recent terms and conditions. Payment of all moneys owed to Author shall be remitted directly to Author by Publisher within sixty (60) days of the issuance of said quarterly reports. In the event that quarterly payments owed to Author are less than $100, payment shall be made with the next quarterly report provided that the accrued royalty amount owed exceeds $100.

All royalty payments to Author will be subject to applicable tax requirements. Author will provide Publisher with any necessary information and documentation to comply with tax requirements including a completed Internal Revenue Service ("IRS") form W-9. If Author fail to provide Publisher with a completed form W-9, Publisher will have the right to withhold from royalties owed to Author any moneys required to be deducted

- Web page on Fultonbooks.com
- Press Release Campaign distribution
- Radio Interview, pre-recorded and broadcast live - 3 minutes in length
- Display of the hard-copy edition of the book at a major book fair/exposition
- Video Trailer including music- 30 second length
 Image placement includes: 16 images

- A complete copy-edit of the work (6000 words)
*Transcription required

In exchange for Publisher providing the above-written services, Author agrees to remit to Fulton Books, Inc. an initial sum of $645 upon execution of this agreement, and ten (10) additional consecutive monthly installments of $299 commencing after the execution of this agreement.

Terms & Conditions

Author will retain all rights to the Work and Author shall be the owner of all materials prepared by Publisher on Author's behalf.  Author shall have the right to request and receive from Publisher at any time, any and all materials that may be prepared by Publisher on Author's behalf, including but not limited to page designs, cover designs, illustrations, ePub files, press releases, and the like at no expense to Author.

Author will have final approval with respect to suggested editing changes made by our copy editors. Author will also have the final approval over any cover designs, illustrations or press releases Publisher may prepare on Author's behalf.  Any requested changes to the edit, page design, cover design, illustrations or press release after Author approves the same will incur an extra charge.

Publisher will determine the final retail price and size of the Work with material input from Author. All Works

or withheld in compliance with the tax code or other governing laws.

Author hereby represents that he or she is the original and true author and owner of the Work, has not previously assigned these rights to any other parties and that the Work does not infringe upon any statutory or common law right of copyright, libel or privacy of any third party. Publisher reserves the right to refuse to provide and/or to discontinue all Services upon our discovery of any violation by Author of these Terms and Conditions. Author hereby agrees to defend, hold-harmless and indemnify Publisher against any and all claims of infringement or libel which may be brought against Publisher regarding Author's Work. In no event will Publisher be liable to Author or any other person for lost profits or revenues or incidental, consequential, special, and indirect or punitive damages.

Any dispute, controversy, or claim between Publisher and Author regarding this Agreement will be submitted to mandatory and binding arbitration under the terms of the rules of the American Arbitration Association as then in effect. All claims must be brought in the party's individual capacity and not as a class member in any purported class or representative proceeding. Arbitration proceedings shall be heard in Crawford County, PA by a single arbitrator serving at the mutual designation of the parties and each party shall be solely responsible for their own attorney's fees in connection with said arbitration. Any issue concerning the applicability, interpretation, or enforceability of these procedures, including any contention that all or parts of these procedures are invalid or unenforceable, will be governed by the Federal Arbitration Act. The arbitration and all aspects of the arbitration will be confidential. The arbitration award will be final and binding on the parties and may be entered in any court having jurisdiction. By providing written notice to Publisher, Author may cancel this agreement for any reason within three (3) days of Author's signature hereto.

_Mary Louise James Agee_

Mary James

Author

Dated: _August 13, 2019_


_____

Fulton Book Representive


Dated: _____

v03.20

Statement of Information (Limited Liability Company)

**IMPORTANT — This form can be filed online at bizfile.sos.ca.gov.**

Read instructions before completing this form.

Filing Fee – $20.00

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

*Above Space For Office Use Only*

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

Day Break Studies LLC

**2. 12-Digit Secretary of State Entity (File) Number**

3 6 0 E G l a d S t o n e

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 360 East Gladstone St #313 | Azusa | Ca | 91702 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
| P.O. Box 3126 | San Bernardino | Ca | 92413 |
| c. Street Address of California Office, if item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 360 East Gladstone St. #313 | AZusa | CA | 91702 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mary Louise | James | Agee | |
| b. Entity Name - Do not complete Item 5a | | | |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 360 East Gladstone St #313 | AZusa | Ca | 91702 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mary Louise | James | Agee | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 360 East Gladstone #313 | AZusa | CA | 91702 |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) - Do not complete Item 6a or 6b |
|---|
| Mary Louise James Agee |

**7. Type of Business**

Describe the type of business or services of the Limited Liability Company

Writing Charts for Childrens

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mary Louise James Agee | Louise | Agee | |
| b. Address | City (no abbreviations) | State | Zip Code |
| 360 East Gladstone St #313 AZusa | | Ca | 91702 |

**9.** By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 9-07-2021 | Mary Louise James Agee | Writer | Mary Louise James Agee |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

LLC-12 (REV 11/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

Date: _9/16/21_         **LIMITED LIABILITY COMPANY STATEMENT**    SOS Employee Number: _146_

Entity Number: _#202104111233_

We are returning, unfiled, the Statement of Information (Form LLC 12) and/or payment.
(Please **review BOTH sides** of this form and address all items that have been selected)

### For faster processing, the required statement for limited liability companies can be filed online, using Visa or MasterCard, at https://llcbizfile.sos.ca.gov.

---

**Filing Fees and Payments** _$20.00_

- [ ] The limited liability company is submitting within the applicable statutory filing period; therefore, the submission must include a $20.00 filing fee.

- [ ] Your check is being returned. Our records show that a required statement for this applicable filing period already has been filed, and the submitted statement has been processed as an update. No fee is necessary.

- [ ] Your payment has been processed, but a corrected statement is required. Another payment is not required but *please include a copy of this notice when resubmitting the corrected statement.*

- [ ] A refund of your payment will be sent directly to you from our Fiscal office. Please allow 4-6 weeks for processing.

- [ ] Your check is being returned. The written and numerical amounts on the check do not match and/or the check is not made payable to the Secretary of State. *Please issue a new payment payable to the Secretary of State.*

---

**Item 1 & 2: Name and 12-Digit Secretary of State File Number**    _Day Break Studios LLC_
_#202104111233_

- [ ] The name of the LLC was not provided OR the name does not match the name currently on the records of the California Secretary of State. Enter the LLC name *exactly* as it currently appears on the records of the California Secretary of State.

- [x] The 12-digit Secretary of State file number of the LLC was not provided OR the stated file number does not match the 12-digit file number issued by the California Secretary of State. Enter the LLC 12-digit file number *exactly* as it currently appears on the records of the California Secretary of State.

- [x] Tip: Review your registration documents and any amendments or visit **https://BusinessSearch.sos.ca.gov** to use our Business Search to obtain the correct LLC name/file number of record. Be sure the LLC you choose matches your LLC, including the jurisdiction.

_Azusa   Ca. 91702        909-864-1234_

**Item 3: State or Place of Organization** _360 East Gladstone St. #313_

- [ ] If the LLC is organized outside the State of California, enter the state or place where the LLC was organized.

- [ ] The stated jurisdiction does not match the jurisdiction of record with the California Secretary of State. Please review your registration documents or visit **https://llcbizfile.sos.ca.gov** to use our Business Search to obtain the correct jurisdiction of record. Some LLCs formed outside California may have registered in California using an alternate name.

_Azusa   Ca. 91702        909-864-1234_

**Item ___ : Business Addresses** _360 East Gladstone St. #313_

- [ ] Enter the complete street address of the principal office of the LLC, including city, state and zip code. A P.O. Box address is not acceptable.

- [ ] Enter the complete mailing address, including city, state and zip code.

- [ ] The LLC must maintain an office in California. Include a complete California street address, including city, state and zip code. A P.O. Box address is not acceptable.

---

LLC 12 Return Letter (Rev. 07/2017)

California Secretary of State
www.sos.ca.gov/business/be
(916) 657-5448

**Secretary of State**
**Business Programs Division**
Statement of Information, P.O. Box 944230, Sacramento, CA 94244-2300

360 East Gladstone St. #313

| Item | : Managers or Members | Mary Louise James Agee (manager |
|---|---|---|

☐ Enter the name and complete address of each manager including city, state and zip code. If no manager has been appointed, enter the names and complete addresses of each member. (Corporations Code section 17702.09(a)(5)). Attach additional pages as needed.

mailing only
P.O. Box 3126 San Bernardino Ca    zip 92437    C/o Mary Louise James Agee
360 East Gladstone St. #313

| Item | : Agent for Service of Process | Mary Louise James Agee (manager) |
|---|---|---|

☐ **Individual Agent:** Enter the name and complete California street address for the Agent for Service of Process, including city, state and zip code. A P.O. Box address is not acceptable.

☒ Our records show that the Agent for Service of Process listed on your last complete statement has a PO Box address. Statutes currently require a complete street address. Please complete the attached statement in its entirety, including the individual agent's street address, and resubmit.

☐ **Registered Corporate Agent:** Provide the *exact* name of the registered corporation that has agreed to be your agent. The corporation must have a current California Corporations Code section 1505 registration on file with the California Secretary of State. Please see the form instructions for additional information regarding Agent for Service of Process. No agent at this time.

| Item | : Type of Business | I Write Charts for Children |
|---|---|---|

☐ Provide the general type of business or service in which the LLC is engaged or will be engaged.

C/o Mary Louise James Agee

**Other:** Day Break Studies LLC 316 East Gladstone St #313 Azusa Ca. 91702

☐ Enter the name and complete business or residential address of the chief executive officer; or if there is none, leave Item _____ blank.

☐ The status of this LLC no longer is active and no statement is required.

☐ An incorrect or outdated form was used. *Please complete and return the enclosed form.*

☐ Some or all of the information is not legible or suitable for imaging. *Please correct the statement as indicated and resubmit.* A new form has been enclosed for your convenience.

☐ A statement (online or mail) has already been filed and no statement or fee is required; therefore, the enclosed statement and accompanying payment (if applicable) are being returned unfiled.

☐ Statements submitted to fulfill prior filing requirements are not permitted; therefore, the enclosed statement and accompanying payment (if applicable) are being returned unfiled.

☐ Payments related to taxes or penalties should be sent directly to the Franchise Tax Board, PO Box 942857, Sacramento, CA 94257-0540.

☒ The statement has not been corrected as previously requested. *Please correct the statement as indicated and resubmit.*

Statutory filing provisions are found in California Corporations Code section 17702.09 unless otherwise indicated. Direct access to the California Codes is available online at http://leginfo.legislature.ca.gov/faces/codes.xhtml.

# MY CIVIL COMPLAINT

## MARY LOUISE JAMES AGEE

## 360 EAST GLADSTONE STREET

## AZUSA CALIFORNIA 91702

## 909-864-1234

## Email – thekey2math1st@gmail.com

### NAME OF DEFENDANT

### FULTON BOOKS INC.

### 296 CHESTNUT STREET

### MEADVILLE PA 16335

### www.fultonbooks.com

I hired Fulton Books as my publisher in 2019. I paid them over $3000.00.  To this date they claim no sales, no royalty's. I have proof of sales, and I want to sue. Contract attached.

Papers are attached.



**Perfect Bound Cover Template**

Document Size:
15" x 12"
305 x 381 mm

**Day Break Studies**
Times Tables The Key to Math
By Mary Louise James

Do you remember when we were young?
Playing hide and seek?
5, 10, 15, 20, it is not so popular today.

DAY BREAK STUDIES use repetition as a learning exercise (repeat over & over) as our way to get learning across to our students. By using their fingers in the beginning to count, will lead to growth in memory.

Remember: never to teach with fear & punishment: teach with praise and reward.

The goal is to motivate children to have a desire to learn. Program will be for pre-k, kindergarten to 12yrs old.

**FULTONBOOKS**

**Day Break Studies**
Times Tables: The Key to math

Mary Louise James

6.00 x 9.00
229mm x 152mm

6.00 x 9.00
229mm x 152mm

.114
2.89mm

ISBN 978-1-64654-070-9
51395
9 781646 540709

9 781646 540709

Content Type: Standard Color
Paper Type: Standard 70 White
Page Count: 42
No spine text allowed
File Type: InDesign
Request ID: CSS2797147

# Day Break Studies LLC



## to Purchase

amazon.com
and you're done.

BARNES&NOBI
BOOKSELLERS

iTunes

Google play

Click on the store logos abov
to buy this title

APRIL 27, 2021

DAY BREAK STUDIES LLC

P.O. Box 3126

SAN BERNARDINO CA. 92413

909-864-1234


FULTON BOOKS

296 CHESTNUT STREET

MEADVILLE PA. 16335

877-210-0816 fax 1-814-260-4170


DEAR SIR:

THIS IS A SERIOUS ISSUE. MY QUARTERLY TAX WAS DUE FOR MARCH 2021. I HAVE NOT RECEIVED ANY BREAK DOWN OF ORDERS FOR MY BOOKS. I WANT NAMES, ADDRESS, AMOUNT OF BOOKS SOLD, FOR EACH COMPANY THAT'S HAD ANY KIND OF SALES FOR MY BOOKS.  TIMES TABLE THE KEY TO MATH. (DAY BREAK STUDIES).

I NEED A FULL ACCOUNTING OF EACH ORDER. MY QUARTERLY REPORT IS LATE BECAUSE OF YOUR LACK TO GIVE ME ANY AND ALL INFORMATION DO TO ME. THERE ARE PENDALTY FOR NOT REPORTING ON TIME. I NEED TO TURN ALL SALES OVER TO MY BOOKEEPER FOR TAXES DUE ON TIME. PLEASE LET ME HEAR FROM YOU CONCERNING THIS MATTER.


RESPECTFULLY

MARY LOUISE JAMES AGEE

Gmail - Fulton Books Update: Recent conversation

M Gmail

mary louise agee <thekey2math1st@gmail.com>

## Fulton Books Update: Recent conversation
1 message

**Scott Parker** <scott@fultonbooks.com>                                    Fri, May 14, 2021 at 7:06 AM
To: "thekey2math1st@gmail.com" <thekey2math1st@gmail.com>

Hello again Mary,

It was nice speaking with you today! : )

You had asked me to send a letter about what we had discussed, and I wanted to be sure and do that.

Please know that your book will be available for sale on Amazon and Barnes and Noble's until at least 8/19/2021, and then we will require a renewal fee of $100.00 to cover the costs of keeping the book available for sale online for another two years, if you prefer. However, there is usually a grace period of about 60 - 90 days after the date, so you have time to consider if you would like to renew.

If you have any other questions, please feel free to let me know and I will be happy to help.

Take care and have a wonderful day!  : )
Regards,

Scott Parker

Publication Assistant
Fulton Books, Inc.
296 Chestnut St.
Meadville, PA 16335
877-210-0816, x7905
www.fultonbooks.com
FAX: 814-260-4170

WELL, THAT SEEMED EASY. I PHONE ATT TODAY, YOU AND YOURS HAVE NOT RELEASED MY EMAIL YET. SO
THAT MEANS YOU ARE STILL OPERATING AS DAY BREAK STUDIES, TIME TABLES
THE KEY TO MATH. USING MY NAME FREELY, WHILE I PAID YOU TO REPRESENT ME. YOU AND YOURS WERE
TAKING MY BUSINESS FROM ME. I WILL BE CONSULTING FOR LEGAL HELP. I CANNOT TRUST YOU PEOPLE
ANY LONGER. SAVE ME TIME AND RELEASE ME, MY COMPANY,
ANY AND ALL MY FUNDS THAT YOU HELD. I HAVE LOST ALL TRUST IN FULTONBOOKS.
MARY LOUISE JAMES AGEE

[Quoted text hidden]

**Scott Parker** <scott@fultonbooks.com>                                                Wed, Jul 7, 2021 at 9:27 AM
To: mary louise agee <thekey2math1st@gmail.com>

Good afternoon Mary,

I hope you are doing well.

Thank you for bringing this matter to my attention, it is truly appreciated.

Please know that I do not understand what you mean, regarding the "release" of your email. We do not
have direct access to your "ATT" email.    If you would like to provide a copy of this email address, I will look
into the matter further for you.

The only webpage that we had created for you mentions nothing about your "ATT" email. I will go ahead
and remove your Fulton Books Author Webpage from circulation either way, to be safe.

Please know that no further copies of your book will be printed, and your book has been removed from
Ingram's printing catalog. Please also know that any existing copies that exist in any retailer warehouses
cannot be removed by Fulton Books, as they are the property of the retailer. If any of those existing copies
are sold, you will still receive the royalties at a later date. I have also put in another request for any
remaining royalties in your account to be sent via a physical check that will be sent to your address.

If you have any questions, please feel free to let me know and I will be happy to help.

Take care and have a wonderful day.
 Regards,

 Scott Parker

Publication Assistant
Fulton Books, Inc.
296 Chestnut St.
Meadville, PA 16335
877-210-0816, x7905
www.fultonbooks.com
FAX: 814-260-4170

**From:** mary louise agee <thekey2math1st@gmail.com>
**Sent:** Tuesday, July 6, 2021 8:49 PM
[Quoted text hidden]

[Quoted text hidden]

mary louise agee <thekey2math1st@gmail.com>

## Fulton Books Update:
8 messages

**Scott Parker** <scott@fultonbooks.com>                                    Wed, Jun 16, 2021 at 9:37 AM
To: "thekey2math1st@gmail.com" <thekey2math1st@gmail.com>

Good afternoon Mary,

I hope you are doing well.

I wanted to confirm that I had received your recent FAX from the mailing department and that I have some feedback for you.

It is most unfortunate that you feel that way, and that you wish to stop publication with us, but I completely understand your frustration and I want to do anything that I can to help improve matters for the overall success of your book. Also, I personally wanted to thank you for your patience and professionalism with me during our correspondence, it is truly appreciated

I discussed this matter with my supervisor at length, and I explained to him that you would prefer not to wait for the expiration of our current agreement. I then described to him that you would like to end your business relationship with us, and he said that it would be possible to release you from the agreement, so you may distribute the book via another publisher.

I will notify the Production department to pull your book from distribution, and I will also notify the Financial department to send any remaining royalties to your address at:
360 Gladstone Way Apt 313 Azusa, CA 91702

If you have any questions, please feel free to let me know and I will be happy to help.

Take care and have a wonderful day.
Regards,

Scott Parker

Publication Assistant
Fulton Books, Inc.
296 Chestnut St.
Meadville, PA 16335
877-210-0816, x7905
www.fultonbooks.com
FAX: 814-260-4170

---

**mary louise agee** <thekey2math1st@gmail.com>                              Sat, Jul 3, 2021 at 2:25 PM
To: Scott Parker <scott@fultonbooks.com>

SCOTT, I WAS JUST ABLE TO READ YOUR FAX.
THAT SOUNDS GOOD TO ME, ONLY IF MY NEW NUMBERS ARE USED, MY WEB PAGE WITH AT&T WITH MY PICTURES ARE RELEASED.
THAT ANY AND ALL OF MY WRITINGS ARE NOT USED ANY LONGER MY LOYALTIES, WITH RECORDS ARE PAID.
MARY LOUISE AGEE

[Quoted text hidden]

**mary louise agee** <thekey2math1st@gmail.com>                                    Sat, Jul 3, 2021 at 3:51 PM
To: Scott Parker <scott@fultonbooks.com>

[Quoted text hidden]

**mary louise agee** <thekey2math1st@gmail.com>                                    Sat, Jul 3, 2021 at 3:54 PM
To: Scott Parker <scott@fultonbooks.com>

I MENT ROYALTYS
[Quoted text hidden]

**mary louise agee** <thekey2math1st@gmail.com>                                    Sat, Jul 3, 2021 at 3:54 PM
To: Scott Parker <scott@fultonbooks.com>

[Quoted text hidden]

**Scott Parker** <scott@fultonbooks.com>                                          Tue, Jul 6, 2021 at 9:52 AM
To: mary louise agee <thekey2math1st@gmail.com>

Good afternoon Mary,

I hope you and yours had a great July 4th weekend.

Please know that your title has been pulled from distribution, and I can send along any needed raw files or
source materials if needed. Any earned royalties will be sent via a physical check to your address.

If you have any questions, please feel free to let me know and I will be happy to help.

Take care and have a wonderful day.
 Regards,

 Scott Parker

Publication Assistant
Fulton Books, Inc.
296 Chestnut St.
Meadville, PA 16335
877-210-0816, x7905
www.fultonbooks.com
FAX:  814-260-4170

**From:** mary louise agee <thekey2math1st@gmail.com>
**Sent:** Saturday, July 3, 2021 6:54 PM
**To:** Scott Parker <scott@fultonbooks.com>
**Subject:** Re: Fulton Books Update:

[Quoted text hidden]

**mary louise agee** <thekey2math1st@gmail.com>                                    Tue, Jul 6, 2021 at 5:49 PM
To: Scott Parker <scott@fultonbooks.com>

Friday, June 11, 2021

P.O. BOX 3126

SAN BERNARDINO CA. 92413

909864-1234


FULTONBOOKS

296 CHESTNUT ST.

MEADVILLE, PA 16335

877-260-4170

RE: DAY BREAK STUDIES LLC


DEAR SIR:

FOR THE PAST THREE YEARS YOU HAVE BUILT UP MY HOPES THAT SIGNING UP WITH YOU WOULD BE
ADVANTAGEOUS, AND ADVANCE. YOU WROTE ME YOU HAVE SOLD NO BOOKS. I HAVE DECIDED TO
TAKE DIFFERENT STEPS WITH MY WRITINGS.

I HAVE LOST TIME AND MONEY. I WISH TO END OUR BUSINESS RELATIONSHIP.

I FEEL THE RELATIONSHIP WAS NOT TO BUILD A GOOD BUSINESS, BUT STRICKLEY ON WHAT YOU COULD
PROFIT FROM MY TALENT AND FUNDS. IT IS EVIDENCED WHAT EVER YOU ARE DOING DOES NOT
INCLUDE ME.

I HAVE BOUGHT PURCHASED ISBN NUMBERS AND BARCODE FOR MY WRITTENING. YOUR BOOKS FOR
DAY BREAK STUDIES ARE NOW OUT OF PRINT. MARK THEM AS SUCH.

YOU ARE USING MY DAY BREAK STUDIES.COM WITHOUT MY PERMISSION OR KNOWLEDGE. YOU MUST
BE SELLING MY BOOK WITHOUT MY KNOWLEDGE AND CLAIMING YOU SOLD NONE. EXPLAIN THAT!

SIGN



MARY LOUISE JAMES AGEE

December 21, 2021

P.O. BOX 3126

SAN BERNARDINO CALIFORNIA 92413

909-864-1234


TO WHOM IT MAY CONCERN:

I believe Fulton Books is taking advantage of me because of my age

They have taking my book (TIMES TABLE THE KEY TO MATH) by Mary Louise James.

I do not think they have stopped selling my book. On the internet their name is (eBay Fulton Books the Key to Math){ THIS IS USING PART OF MY TRAD MARK}. They still say they sold no books of mine.

I have been copyrighting my work since 2013. I have written one book, and 10 charts. All copy righted .I now have my own ISBN, and BAR CODES.

I am a blk. woman 81 years old.

If you have any  ideas that will help me please share them with me.

Respectfully



Mary Louise James Agee

March 15, 2020

2035 Sunrise Ln. # B

San Bernardino California 92404

Phone-909-864-1234


LIBRARY of CONGRESS

UNITED STATES COPYRIGHT OFFICE

101 INDEPENDENCE AVENUE SE

WASHINGTON DC 20559-6000

Re:    Copyrights for Day Break Studies


Dear Sir:

Enclosed are a few copies of forms from your copyright office. I need to know if I am up to date since my book is about to be released within a few months with Fulton books. They probably have notified you already, I have not sold anything and I am hoping with this move it will be a good move. I just want it to go well and all is in order.

Please answer soon.


Respectfully




Mary Louise James Agee

March 15, 2020

2035 Sunrise Ln. # B

San Bernardino California 92404

Phone-909-864-1234


LIBRARY of CONGRESS

UNITED STATES COPYRIGHT OFFICE

101 INDEPENDENCE AVENUE SE

WASHINGTON DC 20559-6000

Re:    Copyrights for Day Break Studies


Dear Sir:

Enclosed are a few copies of forms from your copyright office. I need to know if I am up to date since my book is about to be released within a few months with Fulton books. They probably have notified you already, I have not sold anything and I am hoping with this move it will be a good move. I just want it to go well and all is in order.

Please answer soon.


Respectfully




Mary Louise James Agee



Deliver to mary
Azusa 91702

Books ▾    Enter keyword or product number

👤 👤 **Add team members**

Departments   Get the app   Add People   Buy Again   Recommendations    EN    Hello, mary
Account for DAY BREAK ST...    Lists    Try
Business Prime    1

Books   Advanced Search   New Releases   Best Sellers & More   Children's Books   Textbooks   Textbook Rentals   Best Books of the Month



Birthday joy in pretty packages
Find the perfect gift ›

Books › Education & Teaching › Schools & Teaching




## Day Break Studies: Times Tables: The Key to Math?

### Paperback – June 3, 2020

by Mary Louise James (Author)

1 rating

See all formats and editions

**Paperback**
**$4.16**

1 New from $4.16

Day Break Studies

Time Tables The Key To Math

By: Mary Louise James

Do you remember when we were young?

Read more



See all 2 images

| Print length | Language | Publis |
|---|---|---|
| 40 pages | English | Fulton B |



**The Amazon Book Review**
Book recommendations, author interviews, editors'
picks, and more. Read it now.

## Special offers and product promotions

- **Amazon Business**: Save time and money with your Amazon Business account. *Sign in now to see business-only prices.*

## Product details

**Publisher** : Fulton Books (June 3, 2020)

**Language** : English

**Paperback** : 40 pages

**ISBN-10** : 1646540700

**ISBN-13** : 978-1646540709

**Item Weight** : 5.4 ounces

**UNSPSC-Code** : 55101500

**Dimensions** : 11 x 0.1 x 8.5 inches

**Best Sellers Rank:** #8,405,493 in Books (See Top 100 in Books)
   #9,583 in Math Teaching Materials

**Customer Reviews:**    1 rating



Buy new:    **$4.16**
List Price: $13.95 Details
Save: $9.79 (70%)

& FREE Returns

FREE delivery **Thursday, January 13** if
you spend $25 on items shipped by
Amazon

Or fastest delivery **Tomorrow, January
9.** Order within **7 hrs 50 mins**

Deliver to DAY - Azusa 91702

**Only 2 left in stock - order
soon.**

Qty:    1

Add to Cart

🔒  Secure transaction

Ships from and sold by Amazon.com.

☐ Add a gift receipt for easy returns

Add to List

Share

amazon book clubs
early access

Add to book club

Not in a club? Learn more

Tell the Publisher!
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a FREE Kindle Reading App.

## Videos

Help others learn more about this product by uploading a video!

Upload video

## How would you rate your experience shopping for books on Amazon today?



Very poor — — — — — — — — — Neutral — — — — — — — — — Great



## Customer reviews

### 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

## Recommended deals for you

Page 1 of 2



**IXL | The Ultimate Grade 3 Math Workbook | Multiplication, Division,...**
› IXL Learning
793
Paperback
$11.09
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**SHARLOVY Fidget Toy Pack Pop 27P Sensory Squeeze Figet Toys Packages Fidget Kit Box Figetsss Toys Sets...**
1,820
$18.38
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Sunnyglade 145 Piece Deluxe Art Set, Wooden Art Box & Drawing Kit with Crayons, Oil Pastels,...**
5,832
*Amazon's Choice* in Artists Drawing Sets
$29.62
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon

**MIHOLL Women's Long Sleeve Tops Lace Casual Loose Blouses T Shirts**
29,439
#1 Best Seller in Women's T-Shirts
$19.54
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**50ft Led Lights for Bedroom, Keepsmile APP Control Music Sync Color Changing Led Light...**
11,820
*Amazon's Choice* in LED Strip Lights
$16.99 ($0.34/Foot)
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders ov $25 shipped by Amazon

## Deals trending on Amazon Business

Page 1 of 9



**4 Pack [Apple MFi Certified] Apple Charging Cables 6ft, iPhone Chargers Lightning Cable 6 Foot, Fast iPhone...**
1,572
$14.97
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**NUENUN 15PCS Fidget Toy Mini Stress Relief Hand Toys Keychain Toy Bubble Wrap Pop Anxiety Stress Reliever Office Desk Toy...**
596
$12.74
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Webcam with Microphone, 1080P HD Streaming USB Computer Webcam [Plug and Play] [30fps] for PC Video Conferencing...**
520
$13.99
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Push Pop Bubble Wristband Fidget Toys, Set of 6 Wearable Autism Special Needs Stress Reliever ,Hand Finger...**
1,966
$7.47
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Secura 60-Minute Visual Countdown Timer, 7.5-Inch Oversize Classroom Visual Timer for Kids...**
3,802
*Amazon's Choice* in Timers
$16.99
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders ov $25 shipped by Amazon

## Your Browsing History  View or edit your browsing history




Have an idea to help us improve? **Send feedback ›**

**Get to Know Us**
Careers
Blog
About Amazon

**Let Us Help You**
Help
Shipping Rates & Policies
Business FAQ

**Work with Amazon**
Sell on Amazon Business
Fulfillment By Amazon
Advertise on Amazon

**Business Solutions**
Amazon Business app
Amazon Business Solutions
Purchasing Systems

**Business Settings**
Add people
Billing & shipping
Manage your Budgets (Blanket PO)

**Buy For Your Business**
Buy wholesale
Today's Deals
Buy Again

Sustainability

Press Center

Investor Relations

Amazon Devices

Contact Us

Sell Services on Amazon

Amazon Global Selling

Amazon Business Card

Pay by Invoice
Purchasing Line

Amazon Business Blog

Buying Policies &
Approvals

Certifications

Manage Suppliers

System integrations

PPE for Work

Business Savings Event



Scan the QR code to download the new
Amazon Business app





English

United States

Alexa
Actionable
Analytics
for the
Web

Amazon
Marketing
Services
Self-
service
Advertising
Solutions

Amazon
Payments
Login and
Pay
with
Amazon

Amazon
Web
Services
Scalable
Cloud
Computing
Services

Mechanical
Turk
On-demand
Scalable
Workforce

Buy for
Others
Kindle
eBook
Bulk
Buying
Solution

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2022, Amazon.com, Inc. or its affiliates



Deliver to mary
Azusa 91702

Books ▾  Enter keyword or product number

👤 👤 **Add team members**

Departments  Get the app  Add People  Buy Again  Recommendations  EN  Hello, mary
Account for DAY BREAK ST...  Lists  Try
Business Prime  🛒 1

Books  Advanced Search  New Releases  Best Sellers & More  Children's Books  Textbooks  Textbook Rentals  Best Books of the Month

Birthday joy in pretty packages
Find the perfect gift ›

Books › Education & Teaching › Schools & Teaching





See all 2 images

# Day Break Studies: Times Tables: The Key to Math?

## Paperback – June 3, 2020

by Mary Louise James (Author)

1 rating

See all formats and editions

**Paperback**
**$4.16**

1 New from $4.16

Day Break Studies

Time Tables The Key To Math

By: Mary Louise James

Do you remember when we were young?

Read more



|  | Print length | Language | Publis |
|---|---|---|---|
|  | **40 pages** | **English** | **Fulton B** |



**The Amazon Book Review**
Book recommendations, author interviews, editors'
picks, and more. Read it now.

## Special offers and product promotions

- **Amazon Business**: Save time and money with your Amazon Business account. *Sign in now to see business-only prices*.

## Product details

**Publisher** : Fulton Books (June 3, 2020)

**Language** : English

**Paperback** : 40 pages

**ISBN-10** : 1646540700

**ISBN-13** : 978-1646540709

**Item Weight** : 5.4 ounces

**UNSPSC-Code** : 55101500

**Dimensions** : 11 x 0.1 x 8.5 inches

**Best Sellers Rank:** #8,405,493 in Books (See Top 100 in Books)
#9,583 in Math Teaching Materials

**Customer Reviews:**  1 rating



Buy new: **$4.16**
List Price: $13.95 Details
Save: $9.79 (70%)

& FREE Returns

FREE delivery **Thursday, January 13** if
you spend $25 on items shipped by
Amazon

Or fastest delivery **Tomorrow, January
9.** Order within 7 hrs 50 mins

Deliver to DAY - Azusa 91702

## Only 2 left in stock - order soon.

Qty: 1

Add to Cart

🔒 Secure transaction

Ships from and sold by Amazon.com.

☐ Add a gift receipt for easy returns

Add to List

Share

amazon book clubs
early access

Add to book club

Not in a club? Learn more

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your
Kindle here, or download a FREE
Kindle Reading App.

## Videos

Help others learn more about this product by uploading a video!

Upload video

## How would you rate your experience shopping for books on Amazon today?



Very poor ----------- Neutral ----------- Great



## Customer reviews

5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

### No customer reviews

There are 0 customer reviews and 1 customer rating.

## Review this product

Share your thoughts with other customers

Write a customer review

## Recommended deals for you

Page 1 of 2



**IXL | The Ultimate Grade 3 Math Workbook | Multiplication, Division,...**
› IXL Learning
793
Paperback
$11.09
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**SHARLOVY Fidget Toy Pack Pop 27P Sensory Squeeze Figet Toys Packages Fidget Kit Box Figetsss Toys Sets...**
1,820
$18.38
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Sunnyglade 145 Piece Deluxe Art Set, Wooden Art Box & Drawing Kit with Crayons, Oil Pastels,...**
5,832
Amazon's Choice in Artists Drawing Sets
$29.62
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**MIHOLL Women's Long Sleeve Tops Lace Casual Loose Blouses T Shirts**
29,439
#1 Best Seller in Women's T-Shirts
$19.54
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon

**50ft Led Lights for Bedroom, Keepsmile APP Control Music Sync Color Changing Led Light...**
11,820
Amazon's Choice in LED Strip Lights
$16.99 ($0.34/Foot)
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders ov $25 shipped by Amazon

## Deals trending on Amazon Business

Page 1 of 9



**4 Pack [Apple MFi Certified] Apple Charging Cables 6ft, iPhone Chargers Lightning Cable 6 Foot, Fast iPhone...**
1,572
$14.97
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**NUENUN 15PCS Fidget Toy Mini Stress Relief Hand Toys Keychain Toy Bubble Wrap Pop Anxiety Stress Reliever Office Desk Toy...**
596
$12.74
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Webcam with Microphone, 1080P HD Streaming USB Computer Webcam [Plug and Play] [30fps] for PC Video Conferencing...**
520
$13.99
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Push Pop Bubble Wristband Fidget Toys, Set of 6 Wearable Autism Special Needs Stress Reliever ,Hand Finger...**
1,966
$7.47
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders over $25 shipped by Amazon



**Secura 60-Minute Visual Countdown Timer, 7.5-Inch Oversize Classroom Visual Timer for Kids...**
3,802
Amazon's Choice in Timers
$16.99
Get it as soon as **Thursday, Jan 13**
FREE Shipping on orders ov $25 shipped by Amazon

## Your Browsing History  View or edit your browsing history

 

Have an idea to help us improve? **Send feedback** ›

| Get to Know Us | Let Us Help You | Work with Amazon | Business Solutions | Business Settings | Buy For Your Business |
|---|---|---|---|---|---|
| Careers | Help | Sell on Amazon Business | Amazon Business app | Add people | Buy wholesale |
| Blog | Shipping Rates & Policies | Fulfillment By Amazon | Amazon Business Solutions | Billing & shipping | Today's Deals |
| About Amazon | Business FAQ | Advertise on Amazon | Purchasing Systems | Manage your Budgets (Blanket PO) | Buy Again |

Sustainability

Press Center

Investor Relations

Amazon Devices

Contact Us

Sell Services on Amazon

Amazon Global Selling

Amazon Business Card

Pay by Invoice
Purchasing Line

Amazon Business Blog

Buying Policies &
Approvals

Certifications

Manage Suppliers

System integrations

PPE for Work

Business Savings Event



Scan the QR code to download the new
Amazon Business app





English

United States

| Alexa<br>Actionable<br>Analytics<br>for the<br>Web | Amazon<br>Marketing<br>Services<br>Self-<br>service<br>Advertising<br>Solutions | Amazon<br>Payments<br>Login and<br>Pay<br>with<br>Amazon | Amazon<br>Web<br>Services<br>Scalable<br>Cloud<br>Computing<br>Services | Mechanical<br>Turk<br>On-demand<br>Scalable<br>Workforce | Buy for<br>Others<br>Kindle<br>eBook<br>Bulk<br>Buying<br>Solution |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

after Page 4   at the bottom of Page is

Amazon.com: Day Break Studies

https:// www. amazon. com Day Break Studies
Times-Tables / dp / 1646546760

Publisher: Times Books

About   Store

Gmail   Images      

# Google

www.                                                              ✕   🎤

**www.idns.ac**                                                    Remove

**www.cdtfa.ca.gov**                                               Remove

**www.youtube.com**                                                Remove

**www.google.com**

**www.dmv.ca.gov**

**www.yahoo.com**

**www.amazon.com**

**www.hulu.com/activate**

**www.bankofamerica.com/eddcard**

**www.ebt.ca.gov**

Google Search       I'm Feeling Lucky

*Report inappropriate predictions*

Advertising     Business     How Search works              🍃 Carbon neutral since 2007

Privacy     Terms     Settings

Sunday, January 29, 2022

P.O. Box 3126

San Bernardino California 92413


Department of the Treasury

Internal Revenue Service

Austin, Texas 73301-1500


Dear Sir:

I am referring to your letter to me dated September 21, 2021.

I was being told I had a claim Recovery Rebate Credit. It also stated my adjusted income exceeds $75,000. I have had thought on this subject. Infect most of my thoughts are about what went wrong.

I do suffer with delayed memory. I think I have some of the answers. Last year I received a post card that said I could purchase a car up to $32,000.00 from a Ford dealer. I have enclosed the sales application and my fax I sent to them.

I just could not understand all the mistakes in these sales. They took my Nissan AS a TREAD. They used my old address. 2035 Sunrise Ln. This I went alone with thinking it was just a mistake. I put the address in my phone and later in my computer. If you do it you will find a few add on my business, some are not even my business. I have never ordered this add. Why Google runs this add I could not figure out. Every add cost money. When I had to move my landlord told me he had a person that would be moving in the next day after I leave, and was staying in a hotel. I had always passed inspections and he just knew I would leave it clean.

Well I think maybe since Fulton uses my name, my business, my Trade Mark, maybe he is also using my old address and my credit has changed from what it is too good enough for 32,000.00.

I do not know how to prove this but maybe you will check it out. I went back and got my Nissan.

There is more to this story if you are interested.

Than you

5/28/2021                                    day break studies the key to math - Google Search

 Google

day break studies the key to math                                    ✕  🎤  🔍

🔍 All   🖼 Images   📰 News   ▶ Videos   🛒 Shopping   ⋮ More        Settings   Tools

About 192,000,000 results (0.80 seconds)

https://www.newswire.com › news › mary-louise-jamess...   ⋮
### Mary Louise James's New Book 'Day Break Studies: Times ...
Sep 25, 2020 — Mary Louise James's New Book 'Day Break Studies: Times Tables the **Key** to **Math**' Educates Children Through the Exercise of Repetition for ...
You've visited this page 4 times. Last visit: 5/21/21

https://www.amazon.com › Day-Break-Studies-Times-T...   ⋮
### Day Break Studies: Times Tables: The Key to Math ... - Amazon.com
Amazon.com: **Day Break Studies**: Times Tables: The Key to Math? (9781646540709): James, Mary Louise: Books.
You visited this page on 5/6/21.

https://www.takealot.com › ... › Education   ⋮
### Day Break Studies: Times Tables: The Key to Math? | Buy Online in ...
Day Break Studies: Times Tables: The **Key to Math**? available to buy online at takealot.com. Many ways to pay. Hassle-Free Exchanges & Returns for 30 Days.

https://www.edutopia.org › article › research-tested-ben...   ⋮
### Research-Tested Benefits of Breaks | Edutopia
Mar 9, 2018 — Regular breaks throughout the school day—from short brain breaks in the classroom ... Breaks keep our brains healthy and play a key role in cognitive abilities such ... In a series of recent studies, short physical activity breaks in the ... When assigned math word problems, students often groan and complain.

https://www.mheducation.com › prek-12 › program › k...   ⋮
### Key to…® Workbooks - Mathematics - McGraw Hill
Results 1 - 10 of 59 — Give your students the keys to math-skill mastery! These self-paced, self-guided workbooks, covering topics from fractions and decimals to ...
Missing: day break

https://ies.ed.gov › Docs › early_math_pg_111313 PDF   ⋮
### Teaching Math to Young Children - Institute of Education ...
Studies of early math curricula that taught number and operations ... Once children develop these fundamental number skills, encourage them to solve basic problems. ... Dedicate time each day to teaching math, and integrate math instruction throughout the school day. ... the classroom when breaking the class into.

https://www.sciencedaily.com › news › computers_math   ⋮
### Science Daily - Mathematics News
May 27, 2021 — A scientist studying crystal structures has developed a new ... some key similarities with healthy aging, according to a new mathematical .

https://books.google.com › books
### Day Break Studies: Times Tables: The Key to Math?
Mary Louise James · 2020 · Education
Times Tables: The Key to Math? Mary Louise James. Day. Break. Studies. Day Break Studies put these five umbrellas on our "Ts" to remind us when we know ...

### Day Break Studies Tables: The Key to
Book by Mary Louise James 



**Book preview**
11/35 pages available

PREVIEW

Did you like this book?

Day Break Studies Time Tables
Mary Louise James Do you reme
young? Playing hide and seek? S
so popular today. DAY BREAK S
repetition as a learning exercise
as our way to get learning across
**Google Books**

**Originally published:** June 3, 2
**Author:** Mary Louise James 

### Get Book
▶ Google Play Books
   $9.99 · ebook

a  Kindle Store
   $8.38 · ebook

∩  Barnes & Noble
   $8.49 · ebook

**More providers**

**Borrow**
Check availability at libraries nea

Enter a city or zip code

No results found near you. Try a

### Rate and review
 mary louise agee
Posting publicly.

What do you think about this boc

BE THE FIRST TO WRIT

Help other viewers of

https://www.hmhco.com › research › into-math-researc...

### Into Math: Research Foundations | Houghton Mifflin Harcourt

Into Math presents several key themes, which are at the core of the solution. ... in Research: Based on research and implemented every day to inspire and evolve independent ... A review of studies conducted by the National Council of Teachers of ... Breaking with experience in learning to teach mathematics: The role of a ...

https://books.google.com › books

### MCAT Physics and Math Review 2020-2021: Online + Book

Kaplan Test Prep · 2019 · Study Aids

Having a solid plan of attack and sticking with it are key to giving you the ... study schedule as consistent as possible across days and across weeks. Studying ... Within those three-hour blocks, also plan to take ten-minute breaks every hour.

## Related searches

| | |
|---|---|
| **school** break **time should be longer** | break **time in school** |
| key to math **workbooks pdf** | **benefits of taking breaks while studying** |
| key to math **series pdf** | **Importance of taking breaks while studying** |
| math key **answers** | **research on breaks in the classroom** |

1 2 3 4 5 6 7 8 9 10    Next

**Azusa, California** - From your places (Home) - Use precise location - Learn more

Help    Send feedback    Privacy    Terms